AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Jose Eduardo RAMIREZ-VELA YOB: 1992, (MEX)<br>Rogelio Delgado CANTU YOB: 1978, (USA)<br><br>Defendant(s) | Case No. 7:22-mj-2215 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 17, 2022__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 846 | Knowingly and Intentionally Conspired to Possess with Intent to Distribute approximetly 2.30 kilograms of cocaine, a Schedule II Controlled Substance |

This criminal complaint is based on these facts:

Attachment A

United States District Court
Southern District of Texas
FILED

NOV 17 2022

Nathan Ochsner, Clerk

☑ Continued on the attached sheet.

Approved AUSA L Garcia

/s/ Kevin Buechner
*Complainant's signature*

Kevin Buechner, Special Agent DEA
*Printed name and title*

Submitted by reliable electronic means, sworn to and attested telephonically per FED.R.CR.4.1, and probable cause found on:

Date: __11/17/2022 - 4:56p.m.__

City and state: __McAllen, Texas__

*Judge's signature*

Juan F. Alanis, US Magistrate Judge
*Printed name and title*

# ATTACHMENT A

1. On November 17, 2022, a McAllen Police Department Officer conducted a traffic stop in McAllen, Texas on a maroon Mazda SUV. The driver was identified as Jose Eduardo RAMIREZ-VELA and the passenger as Rogelio Delgado CANTU. The Officer and his partner removed both individuals and conducted a protective sweep of each individual. The Officer felt a large bulky object in the front waist area of CANTU and asked what the item was. CANTU stated "it is a brick" the officer then asked "a brick of what" to which CANTU responded "cocaine". At this time the Officer and his partner placed both individuals under arrest.

2. A subsequent search of the vehicle revealed an additional sealed bag containing a brick of suspected narcotics. Both bricks were later field tested and tested positive to the characteristics of cocaine. The bricks of suspected narcotics weighed approximately 2.30 kilograms.

3. CANTU was provided his Miranda Warnings and agreed to speak to Agents. CANTU admitted to having a brick of suspected cocaine on his person and an that a narcotic transaction was to occur was for two bricks of cocaine. CANTU acknowledged that he believed the substance to be cocaine and that he was to deliver it to an individual in the McAllen, Texas area with RAMIREZ VELA.

4. RAMIREZ-VELA was provided his Miranda Warnings and agreed to speak to Agents. RAMIREZ-VELA admitted that himself, and CANTU were in possession of two bricks of suspected cocaine and were to deliver said bricks to an unknown individual in the McAllen, Texas area. RAMIREZ-VELA stated that himself and CANTU retrieved the narcotics on November 16, 2022 from a residence in the Rio Grande Valley of Texas, and were in possession of said bricks till the subsequent traffic stop.